UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Eric Michael Sorenson,

          Plaintiff,

vs.                        ORDER ADOPTING THE
                                REPORT AND RECOMMENDATION

Minnesota Department of
Human Services, et al.,

          Defendants.           Civ. No. 14-4193 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Plaintiff's Application to Proceed Without Prepaying Fees or Costs (Doc. No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                              s/Ann D. Montgomery
                                              Ann D. Montgomery, Judge
DATED: January 20, 2015              United States District Court
At Minneapolis, Minnesota